Brandon Waterman
11818 41st Ct. N.
West Palm Beach, FL 33411
(561) 932-2822
Brandonwaterman54@gmail.com



FILED BY _____ D.C.
APR 10 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

**THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA**

BRANDON WATERMAN, Pro Se,

Plaintiff,

v.

DEPARTMENT OF CHILDREN AND FAMILIES (DCF), SARAH GREBINAR, NOAH GONZALEZ, AUBREY JEROME, JESSICA DARCY, SARAH LALA

Defendants.

Case No.: [To be assigned]

---

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

### I. NATURE OF THE ACTION

1. This is a civil rights action brought by Plaintiff, Brandon Waterman, proceeding pro se, to address the unconstitutional removal of his child by the Defendants based on false allegations and failure to correct misinformation regarding the supposed presence of DMT within reach of a child in Plaintiff's home. Plaintiff seeks redress for the violations of his constitutional rights under the Fourth and Fourteenth Amendments.

### II. JURISDICTION AND VENUE

2. This Court has federal question jurisdiction under 28 U.S.C. §§ 1331 and 1343(a) for violations of the United States Constitution and federal law.

3. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because the events giving rise to the claims occurred within this district.

### III. PARTIES

4. Plaintiff, Brandon Waterman, is a resident of Beach, FL, and the father of the minor child subject to the wrongful removal. Plaintiff may be reached at 11818 41st Court N., Beach, FL 33411, Telephone: 561-932-2822, Email: brandonwaterman54@gmail.com.

5. Defendants are employees of the Department of Children and Families (DCF), who acted under color of state law and are sued in their individual and official capacities.

## IV. FACTUAL BACKGROUND

6. On January 7, 2023, based on incorrect information provided by law enforcement, DCF, influenced by Defendants, wrongfully removed Plaintiff's child from his home. The justification for this action was the unfounded presence of DMT within the child's reach, a claim later proven to be entirely false.

7. Despite evidence, including lab results and police documentation, clearly indicating the DMT was located in a locked garage, Defendants failed to correct the misinformation or reinstate Plaintiff's custody of his child.

8. Plaintiff has repeatedly notified Defendants of the false reports and requested corrections to all erroneous DCF reports and records, to no avail.

## V. CLAIMS FOR RELIEF

First Cause of Action: Violation of Constitutional Rights (Fourth and Fourteenth Amendments) Against All Defendants**

9. Defendants' actions, based on false allegations and without a proper investigation or correction, constituted an unreasonable seizure of Plaintiff's child and a violation of Plaintiff's due process rights.

## VI. PRAYER FOR RELIEF

Plaintiff respectfully requests the following relief:

a. An order for the immediate return of Plaintiff's child to his custody.

b. An order mandating corrections to all DCF reports and records related to the unfounded allegations against Plaintiff.

c. Compensatory damages for pain and suffering in the amount of $500,000, reflecting the emotional distress, humiliation, and violation of constitutional rights suffered by Plaintiff due to the wrongful removal of his child.

d. Punitive damages in the amount of $100,000 to deter Defendants and others from similar future conduct.

e. An award of costs and any further relief this Court deems just and proper.

## VII. DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

---

Dated: 4/3/23

Respectfully submitted,

Brandon Waterman, Pro Se

[Signature of Brandon Waterman] _BL Nat_

cell # 561-932-2822

Brandon Waterman E

Brandon Waterman
16616 41st Ct. N
West Palm Beach FL 33411

Clerk of Court
701 Clematis Street
West Palm Beach FL 33401

CERTIFIED MAIL
9589 0710 5270 0610 0914 02

USMS INSPECTED

$9.21
R2305K140722-10
APR 08, 2024
LOXAHATCHEE
FCM LETTER
U.S. POSTAGE